# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2014

## NO. 03-12-00206-CV

**Xitronix Corporation, Appellant**

**v.**

**KLA-Tencor Corporation, Individually and d/b/a KLA-Tencor, Inc., Appellee**

## APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the summary judgment signed by the district court on January 19, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's summary judgment. Therefore, the Court affirms the district court's summary judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.